# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

**7 Southwoods Boulevard, Albany, New York 12211**

Andrea E. Celli, Esq.          Telephone: (518) 449-2043          For payments Only:
Trustee                        Facsimile: (518) 449-2473          P.O Box 1918
Bonnie Baker, Esq.                                                Memphis, TN 38101-1918
Assoc. Attorney

February 22, 2010

Lori – Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

Re:   07-61272          Jeffrey & Connie Stowell

Dear Lori:

Enclosed please find check **#920270** in the amount of $.04. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.          25

Account No.

Creditor          Charles & Elizabeth Stowell
                  275 W. Barney Street
                  Gouverneur, NY 13642

**FILED**

FEB 2 3 2010

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli